### (February 27, 1961)

■ In the Matter of MARIE A. BEARY, Appellant, v. QUEENS COUNTY BAR ASSOCIATION, Respondent.— Motion by appellant for an order correcting the record, for a stay pending appeal, and for leave to appeal on the original papers and on a typewritten brief, granted to the extent of permitting appellant to prosecute her appeals on the original papers and on a typewritten brief; in all other respects, motion denied.. Appellant is directed to submit, on the argument of the appeals, the entire County Clerk's file in this proceeding. Appellant is directed to file six copies of her typewritten brief and to serve one copy on the respondent. The brief shall contain a copy of all the opinions rendered by the Special Term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ GORDON L. JACKSON et al., Respondents, v. ALLEN ANTONIAC, Appellant. —Motion by appellant for a stay of the trial of the action, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARBER, Appellant.— Motion by appellant for substitution of assigned counsel, granted; the decision handed down December 5, 1960, as amended by the decision handed down December 27, 1960, is further amended by striking out the designation of Edward J. Cambridge, Esq., as counsel to prosecute the appeal, and by designating Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.